IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:22-CR-3051 |
| vs. | |
| DETRICK ANTHONY MICHAEL SMITH, | FINAL ORDER OF FORFEITURE |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 82). On March 15, 2024, the Court entered a Preliminary Order of Forfeiture (filing 80) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to possessing marijuana with intent to distribute it in violation of 21 U.S.C. § 841, and admission of the forfeiture allegation contained in the indictment. By way of the preliminary order of forfeiture, the defendant's interest in $11,624 in United States currency was forfeited to the United States. Filing 36.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on March 26, 2024, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 81) was filed on May 28, 2024. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 82) is granted.

2. All right, title, and interest in and to the $11,624 in United States currency held by any person or entity are forever barred and foreclosed.

3. The currency is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the currency in accordance with law.

Dated this 28th day of May, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge