IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DETRICK ANTHONY MICHAEL SMITH,<br><br>  Defendant. | 4:22-CR-3051<br><br>ORDER |

This matter is before the Court upon initial review of the pro se motion to vacate under 28 U.S.C. § 2255 (filing 88) filed by the defendant. The Court finds that the government should respond to the motion before the Court determines whether an evidentiary hearing is required. Accordingly,

IT IS ORDERED that the government shall respond to the defendant's § 2255 motion (filing 88) on or before <u>April 8, 2025</u>.

Dated this 7th day of February, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge