IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DETRICK ANTHONY MICHAEL SMITH,

        Defendant.

4:22-CR-3051

ORDER

IT IS ORDERED:

1. The Request for Transcript (filing 93) is granted.

2. The Clerk's Office shall provide a copy of this order to the party requesting the transcripts.

3. The requestor shall be responsible for the cost of the transcripts.

4. The requestor is directed to contact the court reporter to arrange for payment.[1]

Dated this 29th day of October, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

---

[1] The Court reporter, Lisa Grimminger, may be reached at (402) 437-1908 or lggrmrcrr@gmail.com.